

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

E. Robert Spear (8672)
E. ROBERT SPEAR, PC
818 Gass Avenue
Las Vegas, Nevada 89101
Telephone: (702) 750-0571
Facsimile: (702) 750-0572
email: rspear@spearlegal.com

*Attorney for debtor*

E-filed on September 4, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 09-21551-bam |
|---|---|
| BRUCE RICHARD NORMAN and JENNIE SANCHEZ NORMAN | Chapter no. 7 |
| | **ORDER GRANTING COUNTERMOTION FOR RELIEF FROM AUTOMATIC STAY TO ALLOW SHORT SALE** |
| | Date: August 18, 2009 |
| | Time: 1:30 p.m. |

     On July 27, 2009, Wells Fargo, N.A. filed its motion to lift stay. Debtor Bruce Norman filed an opposition to the motion to lift stay and a countermotion asking that the stay be lifted to allow an approved short sale to go forward. Wells Fargo's counsel was unaware of the proposed short sale and whether the proposed short sale had been approved by Wells Fargo. This Court has read and considered the motion and the opposition, and having good cause therefore:

IT IS HEREBY ORDERED that the automatic stay is terminated for the limited purpose of allowing the proposed short sale to go forward if approved by Well's Fargo.

IT IS FURTHER ORDERED that hearing on Wells Fargo's motion to lift stay is continued until September 8, 2009 at 1:30 p.m.

IT IS SO ORDERED.

**ALTERNATE METHOD re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below.

Matthew K. Schriever, Esq.
208 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorneys for Wells Fargo, N.A.*

Approve ___ Disapprove ___ No response _X_

I declare under penalties of perjury under the laws of the state of Nevada that the foregoing is true and correct.

                                                   /s/ Kristan Darragh
                                            An employee of E. Robert Spear, PC

Submitted by:
E. ROBERT SPEAR, PC

/s/ E. Robert Spear
E. Robert Spear (8672)
818 Gass Avenue
Las Vegas, Nevada 89101
*Attorney for debtors*

2